# PAUL O'DWYER
### ATTORNEY-AT-LAW

Law Office of Paul O'Dwyer, P.C.
11 Broadway, Suite 715
New York, NY 10004

PHONE: 646-230-7444

FAX: 646-230-7381

PAUL.ODWYER@PAULODWYERLAW.COM

Hon. Evelyn Padin
US District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102                                                April 25, 2025

Re:     C.K. v Noem, Case No. 2:25-cv-02827-EP-JSA


Dear Judge Padin,

I am counsel pro hac vice for Plaintiff in the above matter, which arises from the termination of Plaintiff's F-1 student status, including her OPT employment authorization, by Defendants, through the termination of her "SEVIS" records.  Plaintiff filed a motion seeking a TRO and a preliminary injunction enjoining such termination and restoring the status quo *ante* while the lawsuit is pending (ECF 4), and briefing on the TRO has been completed (ECF 10, 11).

This morning I was notified that Defendants have reinstated Plaintiff's SEVIS record, F-1 status and OPT employment authorization.   Accordingly, Plaintiff hereby withdraws, without prejudice, her motion for a TRO and preliminary injunction at ECF 4.


Sincerely yours,

_____

Paul O'Dwyer


cc.     AUSA Andrew Boccio, via ECF