

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| ALINA HABBA<br>UNITED STATES ATTORNEY<br><br>*David Inkeles*<br>*Assistant United States Attorney* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>david.inkeles@usdoj.gov | main: (973) 645-2700<br>direct: (973) 645-2813 |

May 1, 2025

**<u>Via Electronic Filing</u>**

Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: ***J.M. v. Noem, et al.*, Civ. No. 25-2896 (MCA) (SDA)**
      <u>**Status Update and Proposed Path Forward**</u>

Dear Judge Arleo:

  This Office represents Federal Defendants in this case. I respectfully write, with Plaintiff's consent, to provide an update on the status of this matter and to submit a proposed path forward for dealing with the important issues in this case.

  As the Court is aware, this lawsuit concerns claims under the Administrative Procedure Act and Due Process Clause stemming from the termination of Plaintiff J.M.'s Student and Exchange Visitor Information System ("SEVIS") record and Optional Practical Training ("OPT") period. On April 22, 2025, Plaintiff filed a motion for a temporary restraining order ("TRO") and preliminary injunction seeking reinstatement of his SEVIS record and F-1 status, and an order "enjoining Defendants from terminating his F-1 student status and his SEVIS record for the duration of this lawsuit." ECF No. 4-5 (Pl. Br.), at 1. On April 24, 2025, the Court granted an *ex parte* TRO pending full briefing and a preliminary injunction hearing set for May 7, 2025. *See* ECF No. 6.

  On April 25, 2025, Plaintiff filed a letter notifying the Court that his SEVIS record, F-1 status, and OPT employment authorization had all been reinstated. *See* ECF No. 8. As a result of these developments, Plaintiff withdrew his motion for a preliminary injunction, without prejudice, and requested that the Court vacate the briefing schedule and hearing date. *Id.*

Federal Defendants consent to Plaintiff's request to vacate the briefing schedule and preliminary injunction hearing. Given the recent reinstatement of Plaintiff's SEVIS record, F-1 status, and OPT authorization, the parties agree that Plaintiff's request for emergent injunctive relief in this case is, at present, moot.

With respect to next steps, the parties respectfully propose that the case proceed in the ordinary course with Federal Defendants providing a response to the complaint within the period prescribed under the Federal Rules of Civil Procedure. In the interim, Plaintiff may renew his motion for emergent injunctive relief should circumstances change and he believes that there is a need for immediate injunctive relief. Finally, should the Court find it beneficial, the parties can provide a status update in two weeks, by May 14, 2025, notifying the Court of any relevant developments regarding this case.

We thank the Court for its consideration of this matter.

                                               Respectfully submitted,

                                               ALINA HABBA
                                               United States Attorney

By:   *s/ David Inkeles*
        DAVID INKELES
        Assistant United States Attorney
        *Attorneys for Federal Defendants*

cc: Paul O'Dwyer, Esq., Counsel for Plaintiff (by ECF)